| Date | No. | Entry |
|---|---|---|
| 1/3/69 | 1 | Filed motion of plaintiffs for consolidated pretrial proceedings |
| 1/3/69 | 2 | Filed plaintiffs memo in support of motion for consolidation |
| 1/3/69 | | Filed Proof of Service (plaintiff) |
| 1/6/69 | 3 | Filed Notice of motion and motion for transfer for consolidated pretrial proceedings of defendant Thai Airways International, Limited. |
| 1/6/69 | 4 | Filed defendant's proof of service on notice of motion. |
| 1/7/69 | | Filed Hearing order for Jan. 24 in San Francisco, Calif. |
| 1/8/69 | | Mailed Notice of Hearing to Counsel. |
| 1/9/69 | 5 | Filed plaintiffs in Calif., N. motion for consolidated pretrial proceedings |
| 3/12/69 | | Filed Consent of Transferee Court signed by Chief Judge George B. Harris for this litigation to be transferred to the Northern District of California and assigned to Judge Pierson Hall |
| 3/12/69 | | Filed PER CURIAM OPINION AND ORDER transferring litigation from N.Y., E. and Calif., E. to the Northern District of California. Judge Peirson Hall of Calif., C. has been assigned to Northern California and this litigation is being assigned to him by the Panel for coordinated or consolidated pretrial proceedings. |
| 1/9/70 | | Filed ORDER TO SHOW CAUSE why actions should not be remanded to transferor courts. |
| 1/20/70 | 6 | Filed Response of Def. Thai Airways, SAS, SAS, Inc., and Britis Overseas Airways to Order to Show Cause. |
| 2/11/70 | | Filed ORDER REMANDING 6 actions to New York, Easter and 1 action to the California, Eastern from the Northern District of California. |
| 6/30/70 | 7 | Copies of ORDERS OF REMAND from N.D. Calif. Civil Action Nos. 67C-1128 and 68C 448 |

15

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Opinion and Order of March 12, 1969 cited at 298 F.Supp. 390 (1969)

## DESCRIPTION OF LITIGATION

DOCKET NO. 15: MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER AT HONG KONG ON JUNE 30, 1967

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | Robert Olson, Etc. v. Sud Aviation, et al. *remanded - 2/11/70* | 6/28/8 | Calif., E. |  | Civ. S872 51003 |
| A-2 | Charles V. Hume, Etc. v. Thai Airways, International Limited, et al. *remanded - 2/11/70* | 2/14/8 | New York, E. |  | 68C 149 51051 |
| A-3 | Charlotte M. Bergstrom v. Thai Airways International Limited, et al. *remanded 2/11/70* | 2/14/8 | " |  | 68C 150 51052 |
| A-4 | Francis B. Toler, Jr., Etc. v. Thai Airways International Limited et al. *remanded 2/11/70* | 5/7/8 | " |  | 68C 448 |
| A-5 | Helen Latham v. Thai Airways International Limited, et al. *remanded 2/11/70* | 6/18/8 | " |  | 68C 611 51053 |
| A-6 | Hazel L. Forsman v. Thai Airways International Limited, et al. *remanded 2/11/70* | 6/18/8 | " |  | 68C 612 51054 |
| A-7 | Maury M. Tepper, Etc. v. Thai Airways International Limited, et al. *remanded 2/11/70* | 11/28/7 | " |  | 67C 1128 |
| A-8 | Richard Stevenson, Etc. v. Sud Aviation, et al. *dismissed* | 5/16/8 | Calif., N. |  | 49234 |
| A-9 | Betty Fong v. Sud Aviation, et al. *dismissed* | 5/16/8 | " | Sweigert | 49267 |
| A-10 | Bonnie M. Wong, Sud Aviation, et al. *dismissed* | 5/16/68 | " | Sweigert | 49268 |
| A-11 | Luther B. Martin, Etc. v. Thai Airways International Limited, et al. *dismissed* | 6/3/8 | " |  | 49345 |
| A-12 | Mary Stewart Malone v. Thai Airways International Limited, et al. *dismissed* | 6/21/8 | " |  | 49471 |
| A-13 | Gene Hajime Ono, Etc. v. Thai Airways International Ltd., et al. *dismissed* | 6/21/8 | " |  | 49472 |
| A-14 | Quie Suie Fong, Etc. v. Thai Airways International Ltd., et al. *dismissed* | 6/21/68 | " |  | 49473 |
| A-15 | Harry Edwards & Henrietta Edwards v. Sud Aviation, et al. *dismissed* | 6/26/68 | " |  | 49503 |
| A-16 | Dorothea M. Firkins, Etc. v. Thai Airways International Limited, et al. *dismissed* | 6/28/8 | " |  | 49532 |

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 15 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER AT HONG KONG ON JUNE 30, 1967

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-17 | Barbara Shute v. Thai Airways International, Ltd., et al. | 8/9/8 | Calif., N. | | 49761 |
| A-18 | Ellen W. Therkelsen v. Thai Airwasy International, Ltd., et al. | 8/9/68 | " | | 49762 |
| A-19 | Karen Norberg v. Thai Airways International, Ltd., et al. | 8/9/8 | " | | 49763 |
| A-20 | Ralph R. Cowper and Margaret Cowper v. Thai Airways International Ltd., ea | 8/9/8 | " | | 49764 |
| A-21 | Katherine D. Morten v. Thai Airways International, Ltd.; et al. | 8/9/8 | " | | 49765 |
| A-22 | Kenneth R. Canfield and Janice V. Canfield v. Thai Airways International, Ltd. | 8/9/8 | " | | 49766 |
| A-23 | Frances Lindquist and Marilyn Lindquist etc. v. Thai Airways International Ltd., et al. | 8/9/8 | " | | 49767 |
| A-24 | Marian Conlon v. Thai Airways International, Ltd., et al. | 8/9/8 | " | | 49768 |
| X-1 | Quie Suie Fong, etc. v. Thai Airways International Ltd., et al. | NTN | " | | 51596 |
| X-2 | Luther B. Martin, etc. v. Thai Airways International Ltd., et al. | NTN | " | | 51597 |
| X-3 | Quie Suie Fong, etc. v. Thai Airways International, et al. | NTN | " | | 51636 |
| X-4 | Mary Stewart Malone v. Thair Airways International Ltd., et al. | NTN | " | | 51637 |
| X-5 | Gene Hajime Ono, etc. v. Thai Airways International, et al. | NTN | " | | 51644 |

*All dismissed*

15

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. __15__ : MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER AT HONG KONG ON JUNE 30, 1967

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Cecil J. Bishop, Esq., Crocker-Citizens Bank Building, Suite 408, 1007 7th St., Sacramento 95814 | |
| A-2<br>A-3<br>A-4<br>A-5<br>A-6<br>A-7 | a.  Speiser, Shumate, Geoghan & Krause<br>    200 Park Avenue<br>    New York, New York  10017 | a.  Condon & Forsyth, One Rockefeller Plaza, New York  10017 |
| A-8<br>A-9<br>A-10 | a.  J. Adrian Palmquist, Esq.<br>    Thomas A. Purtell, Esq.<br>    500 Park Street, South Shore<br>    Almeda, Calif.  94501 | a.  Bronson, Bronson & McKinnon, 255 California St., San Francisco (For Thai Airwasy & SAS) |
| A-11 | a.  Thomas F. Turley, Jr., Esq.<br>    2008 Sterick Building<br>    Memphis, Tenn.  38103 | a.  Same as A8-10 above |
| A-12<br>A-13<br>A-14 | a.  William A. Jennings, Esq.<br>    Demanes and Jennings<br>    1860 El Camino Real, Penthouse<br>    Burlingame, Calif.  94010 | a.  Same as A-8-10 above |
| A-15 | a.  William A. Antonioli, Esq.<br>    Gazzera amd Antonioli<br>    1134 El Camino Real<br>    Mountain View, Calif. | |
| A-16 | a.  Edward M. Digardi, Esq.<br>    Bray, Baldwin and Egan and Nichols, Williams, Morgan, Digardi & Brookman<br>    616 Central Building<br>    Oakland, Calif.  94612 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-17<br>A-18<br>A-19<br>A-20<br>A-21<br>A-22<br>A-23<br>A-24 | A. John F. Harper, Esquire<br>   Belli, Ashe, Ellson, Choulos, Cone<br>   & Harper, 722 Montgomery Street,<br>   San Francisco | a. Same as A-8-10<br><br>b. Chickering & Gregory, 111 Sutter St.,<br>   San Francisco (For Rolls Royce Ltd.) |