*298 F. Supp. 390*

**FILED**

MAR 1 2 1969

JUDICIAL PANEL FOR
MULTIDISTRICT LITIGATION
PER
~~PROVISIONAL CLERK~~

THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE MULTIDISTRICT CIVIL ACTIONS      )
INVOLVING THE AIR CRASH DISASTER AT    )    DOCKET NO. 15
HONG KONG ON JUNE 30, 1967             )

OPINION AND ORDER TRANSFERRING MULTIDISTRICT
CIVIL ACTIONS UNDER SECTION 1407,    TITLE 28,
UNITED STATES CODE, TO THE NORTHERN DISTRICT
OF CALIFORNIA

---

BEFORE ALFRED P. MURRAH, CHAIRMAN, AND JOHN MINOR WISDOM,
EDWARD WEINFELD, EDWIN A. ROBSON, WILLIAM H. BECKER, JOSEPH
S. LORD, III, AND STANLEY A. WEIGEL, JUDGES OF THE PANEL

---

PER CURIAM

While approaching Hong Kong International Airport,
Thai Airways Flight PG-601 crashed into the sea; 24
passengers were drowned and three passengers and two crew
members were seriously injured.  There were 73 passengers
and a crew of seven aboard the plane at the time of the
crash.  Twenty-four actions resulting from this accident
are presently pending in three different federal district
courts.  See Schedule A.  The majority of these actions
(66-2/3 percent) are pending in the Northern District

- 2 -

of California and counsel for certain of these plaintiffs
filed a motion to transfer the remaining cases to the Northern
District of California for coordinated or consolidated pretrial
proceedings.  Counsel representing the defendants in all actions
subsequently filed a motion requesting such a transfer.

After notice to all counsel a hearing was held in San
Francisco to consider the motions and at that time, counsel
representing all plaintiffs stated that they favored the
proposed transfer.  It is undisputed that common questions
of fact exist and that the transfer to one district pursuant
to 28 U.S.C. §1407 will be for the convenience of parties and
witnesses and will promote the just and efficient conduct of
these actions.  We are satisfied that the Northern District
of California is the most appropriate district to conduct
such pretrial proceedings.

The Honorable Richard H. Chambers, Chief Judge of the
Ninth Circuit has assigned Senior Judge Pierson M. Hall of
the Central District of California temporarily for service
in the transferee court, and that court through Chief Judge
Harris, has consented to the assignment by the Panel of these
cases to Judge Hall.

IT IS THEREFORE ORDERED that the cases listed on the
attached Schedule A now pending in the Eastern Districts of
California and New York are hereby transferred under 28 U.S.C.

- 3 -

§1407 to the Northern District of California and assigned to the Honorable Pierson M. Hall for coordinated or consolidated pretrial proceedings.

Attachment

SCHEDULE A

## EASTERN DISTRICT OF CALIFORNIA

1. Robert Olson, etc. v. Sud Aviation, et al.        Civil Action No. S872

## EASTERN DISTRICT OF NEW YORK

2. Charles V. Hume, etc. v. Thai Airways International, Limited, et al.        Civil Action No. 68C 149

3. Charlotte M. Bergstrom v. Thai Airways International, Limited, et al.        Civil Action No. 68C 150

4. Francis B. Toler, Jr., etc. v. Thai Airways International, Limited, et al.        Civil Action No. 68C 448

5. Helen Latham v. Thai Airways International, Limited, et al.        Civil Action No. 68C 611

6. Hazel L. Forsman v. Thai Airways International, Limited, et al.        Civil Action No. 68C 612

7. Maury M. Tepper, etc. v. Thai Airways International, Limited, et al.        Civil Action No. 67C 1128

## NORTHERN DISTRICT OF CALIFORNIA

8. Richard Stevenson, etc. v. Sud Aviation, et al.        Civil Action No. 49234

9. Betty Fong v. Sud Aviation, et al.        Civil Action No. 49267

10. Bonnie M. Wong v. Sud Aviation, et al.        Civil Action No. 49268

11. Luther B. Martin, etc. v. Thai Airways International, Limited, et al.        Civil Action No. 49345

12. Mary Stewart Malone v. Thai Airways International, Limited, et al.        Civil Action No. 49471

13. Gene Hajime Ono, etc. v. Thai Airways International, Limited, et al.        Civil Action No. 49472

14. Quie Suie Fong, etc. v. Thai Airways International, Limited, et al.        Civil Action No. 49473

- 2 -

NORTHERN DISTRICT OF CALIFORNIA (CONTINUED)

| | | |
|---|---|---|
| 15. | Harry Edwards & Henrietta Edwards v. Sud Aviation, et al. | Civil Action No. 49503 |
| 16. | Dorothea M. Firkins, etc. v. Thai Airways International, Limited, et al. | Civil Action No. 49532 |
| 17. | Barbara Shute v. Thai Airways International, Limited, et al. | Civil Action No. 49761 |
| 18. | Ellen W. Therkelsen v. Thai Airways International, Limited, et al. | Civil Action No. 49762 |
| 19. | Karen Norberg v. Thai Airways International, Limited, et al. | Civil Action No. 49763 |
| 20. | Ralph R. Cowper and Margaret Cowper v. Thai Airways International, Limited, et al. | Civil Action No. 49764 |
| 21. | Katherine D. Morten v. Thai Airways International, Limited, et al. | Civil Action No. 49765 |
| 22. | Kenneth R. Canfield and Janice V. Canfield v. Thai Airways International, Limited | Civil Action No. 49766 |
| 23. | Frances Lindquist and Marilyn Lindquist, etc. v. Thai Airways International Limited, et al. | Civil Action No. 49767 |
| 24. | Marian Conlon v. Thai Airways International, Limited, et al. | Civil Action No. 49768 |